**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 4 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02530-BNB

INGMAR GILLON,

Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
WARDEN BLAKE DAVIS,
US PENITENTIARY - Florence, Colorado,
CASE MANAGER CASTRO,
CASE MANGER SULLIVAN,
UNIT MANAGER WILNER,
COUNSELOR HANSEN,
MICHAEL NALLEY, Administrative Remedy Coordinator,
HAROLD WATTS, Administrative Remedy Coordinator,
BALLANTONI, Head of Education,
S. OPPENHEIMER, Business Office,
UNKNOWN OFFICER, a/k/a TELEMUNDO, Business Office,
UNKNOWN OFFICER, a/k/a MR. C, Food Service Officer,
ECK, Recreation Officer,
BLANKE, Health Service PA,
HUTTLESON, Health Service PA,
UNKNOWN CHAPLAIN(S),
ESTRADA, SHU Property Officer,
REGAN, Compound Officer,
LIEUTENANT LINCOLN,
LIEUTENANT WACKER,
LIEUTENANT, or Correctional Officer, N. NELSON,
LIEUTENANT PEMMENTIEL (phonetically),
LIEUTENANT EADS,
LIEUTENANT WELLES,
LIEUTENANT CORDOVA,
LIEUTENANT UNKNOWN,
CORRECTIONAL OFFICER MONTOYA,
CORRECTIONAL OFFICER VASQUEZ,
CORRECTIONAL OFFICER STEPGALL,
CORRECTIONAL OFFICER KELLEN,
CORRECTIONAL OFFICER HESS,
CORRECTIONAL OFFICER LEWIS,

CORRECTIONAL OFFICER HARRINGTON,
CORRECTIONAL OFFICER GOODE,
CORRECTIONAL OFFICER MEYERS,
CORRECTIONAL OFFICER ROY,
CORRECTIONAL OFFICER PHILIPS,
CORRECTIONAL OFFICER UNKNOWN, a/k/a the MAD RUSSIAN,
CORRECTIONAL OFFICER ESTRADA,
CORRECTIONAL OFFICER WHITCOMB,
CORRECTIONAL OFFICER BURBANK,
CORRECTIONAL OFFICER ARMIJO,
CORRECTIONAL OFFICER ROGAINOV (or RAGAINOSKI),
CORRECTIONAL OFFICER TAYLON,
CORRECTIONAL OFFICER DOVE,
CORRECTIONAL OFFICER HAGANS,
CORRECTIONAL OFFICER KENT,
CORRECTIONAL OFFICER DUVAL,
CORRECTIONAL OFFICER LEGER,
CORRECTIONAL OFFICER RODRIGUEZ,
CORRECTIONAL OFFICER COWLEY,
CORRECTIONAL OFFICER COLE,
THREE UNKNOWN CORRECTIONAL OFFICERS, and
USP FLORENCE , Mail Room, Commissary, and Food Service,

Defendants.

---

ORDER

---

On April 12, 2010, Mr. Gillon filed a Letter requesting an extension of thirty days

to file an Amended Complaint. Mr. Gillon asserts he needs an extension of time

because he has been placed in lockdown and does not have access to the prison

library. He also asserts that he has other litigation in which he has a filing due date that

is simultaneous with the due date in this action. The request is DENIED.

Mr. Gillon does not specify what legal materials he needs to obtain from the

prison library, and the Court finds he does not need to engage in legal research to

amend the Complaint as directed by the Court. Furthermore, the lockdown notice dated April 4, 2010, which Mr. Gillon has attached to the Letter, indicates that the lockdown is for a few days and prohibits only commissary sales and visitations. Nothing in the notice indicates he is denied access to the prison library for needed legal materials. The Court notes Mr. Gillon does not need to attend the library to request or obtain needed legal materials.

Mr. Gillon was first directed to file an Amended Complaint on December 18, 2009, almost four months ago. Simply because he has other litigation pending and due dates in that litigation does not justify an extension of time to meet a due date in this action. Mr. Gillon is responsible for managing his litigation.

The Court, however, will allow Mr. Gillon an additional eleven days to file an Amended Complaint to compensate for the delay in his receipt of the Court's order entered on March 25, 2010. It appears that the Court's order was not mailed to Mr. Gillon until March 29, 2010. In the future, however, if Mr. Gillon seeks to claim a delay in the processing of his mail he must submit evidence of the date he actually received the correspondence from or sent the correspondence to the Court. Accordingly it is

ORDERED that Mr. Gillon's request for an extension of thirty days to file an Amended Complaint is DENIED. It is

FURTHER ORDERED that Mr. Gillon shall file an Amended Complaint by May 7, 2010. The Amended Complaint must be docketed in the Court Clerk's office on or before May 7, 2010. If Mr. Gillon fails to comply with this Order the Complaint and action will be dismissed without further notice. No further extensions of time shall be granted.

DATED at Denver, Colorado, this __13th__ day of __April__, 2010.

BY THE COURT:

_Christine M. Arguello_

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02530-BNB

Ingmar Gillon
Reg No. 08242-029
USP - Atwater
P.O. Box 019001
Atwater, CA 95301

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/14/10

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk