IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02530-BNB

INGMAR GILLON,

     Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,
WARDEN BLAKE DAVIS,
US PENITENTIARY - Florence, Colorado,
CASE MANAGER CASTRO,
CASE MANGER SULLIVAN,
UNIT MANAGER WILNER,
COUNSELOR HANSEN,
MICHAEL NALLEY, Administrative Remedy Coordinator,
HAROLD WATTS, Administrative Remedy Coordinator,
BALLANTONI, Head of Education,
S. OPPENHEIMER, Business Office,
UNKNOWN OFFICER, a/k/a TELEMUNDO, Business Office,
UNKNOWN OFFICER, a/k/a MR. C, Food Service Officer,
ECK, Recreation Officer,
BLANKE, Health Service PA,
HUTTLESON, Health Service PA,
UNKNOWN CHAPLAIN(S),
ESTRADA, SHU Property Officer,
REGAN, Compound Officer,
LIEUTENANT LINCOLN,
LIEUTENANT WACKER,
LIEUTENANT, or Correctional Officer, N. NELSON,
LIEUTENANT PEMMENTIEL (phonetically),
LIEUTENANT EADS,
LIEUTENANT WELLES,
LIEUTENANT CORDOVA,
LIEUTENANT UNKNOWN,
CORRECTIONAL OFFICER MONTOYA,
CORRECTIONAL OFFICER VASQUEZ,
CORRECTIONAL OFFICER STEPGALL,
CORRECTIONAL OFFICER KELLEN,
CORRECTIONAL OFFICER HESS,
CORRECTIONAL OFFICER LEWIS,
CORRECTIONAL OFFICER HARRINGTON,
CORRECTIONAL OFFICER GOODE,
CORRECTIONAL OFFICER MEYERS,
CORRECTIONAL OFFICER ROY,
CORRECTIONAL OFFICER PHILIPS,

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 2 2010

GREGORY C. LANGHAM
CLERK

CORRECTIONAL OFFICER UNKNOWN, a/k/a the MAD RUSSIAN,
CORRECTIONAL OFFICER ESTRADA,
CORRECTIONAL OFFICER WHITCOMB,
CORRECTIONAL OFFICER BURBANK,
CORRECTIONAL OFFICER ARMIJO,
CORRECTIONAL OFFICER ROGAINOV (or RAGAINOSKI),
CORRECTIONAL OFFICER TAYLON,
CORRECTIONAL OFFICER DOVE,
CORRECTIONAL OFFICER HAGANS,
CORRECTIONAL OFFICER KENT,
CORRECTIONAL OFFICER DUVAL,
CORRECTIONAL OFFICER LEGER,
CORRECTIONAL OFFICER RODRIGUEZ,
CORRECTIONAL OFFICER COWLEY,
CORRECTIONAL OFFICER COLE,
THREE UNKNOWN CORRECTIONAL OFFICERS, and
USP FLORENCE , Mail Room, Commissary, and Food Service,

      Defendants.

---

## ORDER OF DISMISSAL

---

On April 14, 2010, the Court entered an order directing Mr. Gillon to file an Amended Complaint by May 7, 2010. Mr. Gillon was instructed that the Amended Complaint must be docketed in the Court Clerk's Office on or before May 7 and that no further extensions of time would be granted. Mr. Gillon now has failed to comply with the April 14 Order within the time allowed. The action, therefore, will be dismissed for failure to file a proper Amended Complaint within the time allowed.

Although the Court received an Amended Complaint from Mr. Gillon on May 10, 2010, along with a Letter from Mr. Gillon stating that he submitted the Amended Complaint for mailing on May 5, 2010, Mr. Gillon knew the Amended Complaint must be received and docketed by the Clerk's Office on May 7, 2010. Mr. Gillon also is aware and even argued to this Court that mail to and from the prison facility where he

is housed usually is not received within two days. (*See* Doc. No. 25.) Therefore, the Court finds that Mr. Gillon knowingly failed to comply with the Court's April 14 Order.

Even if the Court were to consider the Amended Complaint Mr. Gillon submitted on May 10, 2010, the pleading does not comply with either the December 18, 2009 Order or the January 25, 2010 Order entered in this action. In the December 18 Order, Mr. Gillon was instructed to comply with the pleading requirements in Fed. R. Civ. P. 8 by setting forth short and plain statements of his claims showing that he is entitled to relief. In the Amended Complaint, Mr. Gillon has failed to assert his claims in a short and concise manner. He, again, presents his claims in a narrative chronological format, along with unnecessary commentaries.

Mr. Gillon also was instructed in the January 25 Order to amend his Complaint in keeping with the joinder requirements of the Federal Rules of Civil Procedure. Mr. Gillon again names at least fifty-four defendants and combines a number of separate and unrelated claims against various individuals in the Amended Complaint contrary to the joinder requirements. Accordingly, it is

ORDERED that this action is dismissed without prejudice because Mr. Gillon failed to file a proper Amended Complaint within the time allowed.

DATED at Denver, Colorado, this __12th__ day of __May__, 2010.

BY THE COURT:

Christine M Arguello

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02530-BNB

Ingmar Gillon
Reg No. 08242-029
USP - Atwater
P.O. Box 019001
Atwater, CA 95301

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/12/10

GREGORY C. LANGHAM, CLERK

By: _____

Deputy Clerk